UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERINA HARRINGTON,<br><br>               Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | No. 1:16-CV-00128-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court, without oral argument, is Magistrate Judge Rodgers's Report and Recommendation, recommending that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. ECF No. 15. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Rodgers's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. Magistrate Judge Rodgers's Report and Recommendation, **ECF No. 15**, is **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is **DENIED**.

ORDER ADOPTING
REPORT AND RECOMMENDATION- 1

**3.** Defendant's Motion for Summary Judgment, **ECF No. 13**, is **GRANTED**.

**4.** This file shall be **CLOSED and JUDGMENT** shall be **ENTERED** for Defendant.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this 25th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge