# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TERINA HARRINGTON,

_____

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

)
)
)
)
)
)

Civil Action No.   1:16-CV-0128-SMJ

_____

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED;
Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED; and
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Salvador Mendoza, Jr. _____   on a motion for
    summary judgment.

Date:   September 25, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
_____
*(By) Deputy Clerk*

Cora Vargas